IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAKOTA MADDY )<br>) | Docket No. 3:21- mj-238<br><br>*UNDER SEAL* |

## ORDER TO SEAL ARREST WARRANT, AFFIDAVIT AND CRIMINAL COMPLAINT

UPON MOTION of the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina, for an order directing that the Arrest Warrant, Affidavit, Criminal Complaint, the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Arrest Warrant, Affidavit and Criminal Complaint, the Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Cortney.Randall@usdoj.gov).

SO ORDERED this 24th day of September 2021.

Signed: September 24, 2021

David C. Keesler
United States Magistrate Judge