# UNITED STATES DISTRICT COURT
## for the
Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:21-mj-238 |
| | ) | |
| | ) | |
| | ) | |
| DAKOTA MADDY | ) | |
| *Defendant(s)* | | |

# RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 9 through 13, 2020__ in the county of __Caldwell__ in the __Western__ District of __North Carolina__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(d) | Notice/Advertisement Seeking or Offering Child Pornography |
| 18 U.S.C. § 2252A | Transportation and Receipt of Child Pornography |

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

/s/ Jacob R. Guffey
*Complainant's signature*

Jacob R. Guffey, Special Agent
*Printed name and title*

Sworn in accordance with Rule 4.1.

Signed: September 24, 2021

David C. Keesler
United States Magistrate Judge

Date: 09/24/2021

City and state: __Charlotte, NC__

David C. Keesler, U.S. Magistrate Judge
*Printed name and title*